```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Jason A. Czekalski

    v.                                                      Case No. 17-cv-64-JL

NH State Prison, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 8, 2019. The motion for temporary restraining order and preliminary injunction (Doc. No. 22) is denied.

                                              /s/ Joe Laplante
                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date: September 10, 2019

cc: Jason A. Czekalski, pro se
    Counsel of Record